PD-0238-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

IN THE COURT OF
CRIMINAL APPEALS

WILLIAM HERNANDEZ          §
APPELLANT                  §
                           §
                           §
                           §          APPELLANT COURT NO. 01-13-00825-CR
VS.                        §
                           §          TRIAL COURT NO. 1295162
                           §
                           §
THE STATE OF TEXAS         §
APPELLEE                   §

FILED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

MOTION FOR EXTENTION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT:

COMES NOW, WILLIAM HERNANDEZ, PRO SE MOVANT AND SUBMITS THIS MOTION TO EXTEND TIME FOR FILING A PROPER AND EFFECTIVE PETITION FOR DISCRETIONARY REVIEW AND FOR GOOD CAUSE RESPECTFULLY SHOWS THE FOLLOWING:

I

APPELLANT'S PETITION FOR DISCRETIONARY REVIEW IS DUE THE 13TH, DAY OF MARCH 2015.

II

WILLIAM HERNANDEZ, IS A PRO PETITIONER AND MOVES THIS COURT TO GRANT AN EXTENSION OF TIME TO FILE A TIMELY AND PROPER PETITION FOR DISCRETIONARY REVIEW AND RESPECTFULLY STATES:

1) MOVANT HAS EXERCISED DUE DILIGENCE IN AN ATTEMPT TO PRODUCE A TRUE AND CORRECT COPY OF: (A) APPELLANT BRIEF FILED BY KURT B. WENTZ, PREVIOUS APPELLANT COUNSEL; (B) STATES BRIEF AND (C) COPY OF OPINION HANDED DOWN BY THE FIRST COURT OF APPEALS AT HOUSTON. MOVANT HAS MADE NUMEROUS ATTEMPTS TO OBTAIN SAID DOCUMENTS BUT DO TO THE INTENTIONAL NEGLECT OF PREVIOUS APPELLANT COUNSEL, HE HAS YET TO RECEIVE ANY DOCUMENTS, LET ALONE A RESPONSE TO MOVANT'S TIMELY REQUESTS

2) MOVANT SEEKS A (90) DAY EXTENSION OF TIME TO FILE HIS P.D.R, WHICH WOULD MAKE MOVANT'S RESPONSE DUE THE 15 DAY OF JUNE, 2015.

3) THE EXTENSION OF TIME IS NECESSARY BECAUSE MOVANT IS PRO SE AND REQUESTS THIS HONORABLE COURT TO, REQUIRE THE FIRST COURT OF APPEALS AND/OR PREVIOUS APPELLANT COUNSEL TO TURN OVER THE ABOVE NAMED DOCUMENT INSOFAR THAT MOVANT'S DUE PROCESS GUARANTEE TO AN EFFECTIVE APPEAL CAN BE DUELY EXERCISED BY MOVANT IN THAT HE IS ABLE TO EFFECTIVELY FILE HIS P.D.R.

4) MOVANT RECEIVED A 'WHITE CARD' FROM THE FIRST COURT OF APPEALS ON THE 19TH DAY OF FEBRUARY, 2015, WITHOUT AN OPINION. DUE TO THE NEGLECT OF APPELLANT COUNSEL, MOVANT HAS NO KNOWLEDGE AS TO THE BASIS OF HIS APPEAL, NOR THE REASON IN WHICH IT WAS DENIED.

5) AS OF FEBRUARY 19TH, 2015, AS BEING THE DATE OF NOTIFICATION BY THE FIRST COURT OF APPEALS TO MOVANT. SAID NOTIFICATION STATED THAT A DECISION WAS REACHED ON THE 2ND DAY OF DECEMBER 2014, CLEARLY ESTABLISHING UNCONSTITUTIONAL TIME RESTRAINTS TO MOVANT.

FOR THESE REASONS, MOVANT REQUESTS THIS HONORABLE COURT TO RENDER AN ORDER EXTENDING THE TIME FOR FILING MOVANT'S PETITION FOR DISCRETIONARY REVIEW AND TO INCLUDE A FULL (90) DAYS SO MOVANT CAN PERFECT HIS PETITION.

RESPECTFULL SUBMITTED

WILLIAM HERNANDEZ
PRO SE LITIGANT
TDC.... 1889157

**3.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS PLACED IN THE U.S P.O. MAIL BOX AT THE W.P. CLEMENTS UNIT IN POTTER COUNTY TEXAS, AND MAILED TO: TEXAS COURT OF CRIMINAL APPEALS, AUSTIN. ON THE 24ND, DAY OF FEBRUARY, 2015

RESPECTFULLY SUBMITTED

*William Hernandez*
WILLIAM HERNANDEZ
PRO SE LITIGANT

## DECLARATION

I WILLIAM HERNANDEZ, HEREBY DECLARE UNDER THE PENALTY OF PERJURY, AND THE FORGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE...

RESPECTFULLY SUBMITTED

*William Hernandez*
WILLIAM HERNANDEZ
PRO SE LITIGANT

SENT TO THE TEXAS COURT OF CRIMINAL APPEALS IN AUSTIN TEXAS ON 2/24/15. A REQUEST FOR EXTENTION OF TIME, STATE'S BRIEF, APPELLANT BRIEF AND THE OPINION OF WILLIAM HERNANDEZ'S DIRECT APPEAL.

WILLIAM HERNANDEZ
TDC....1889157
W.P. CLEMENTS UNIT
9601.. SPUR...591
AMARILLO TEXAS  79107-9606

William HERNANDEZ #01889157
Bill Clements Unit
9601 Spur 591
Amarillo TX 79107

Legal Mail!!

FEB 24 2015
AMARILLO TX
79120

COURT OF CRIMINAL APPEL OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

78711230B

Legal Mail!!



